RECEIVED
IN LAKE CHARLES, LA

DEC 04 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BILLY WAYNE STARK** | * | **CIVIL ACTION NO. 06-1557** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for

Report and Recommendation.  No objections have been filed.  The Court concludes

that the Report and Recommendation of the magistrate judge is correct and therefore

adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the

Commissioner's previous administrative decision is **REVERSED** and this action is

**REMANDED** to the Commissioner for further administrative action pursuant to the

fourth sentence of 42 U.S.C. § 405(g).[1]  This includes, but does not limit, sending the

case to the hearing level with instructions to the Administrative Law Judge to refer

claimant for a claimant for a consultative examination or obtain a report from a

---

[1]A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

treating physician regarding the effect of his neck, back, and shoulder impairments, as well as the side effects of his medications, on his ability to work.  Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

Lafayette, Louisiana, this ____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE